IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY L. DULIN, :

    Plaintiff, :

                                  Case No. 3:14cv00288

vs. :

                                  District Judge Walter Herbert Rice

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on May 14, 2015 (Doc. #13) is adopted in full;

2. The parties' Joint Stipulation to Remand to the Commissioner (Doc. #12) is ACCEPTED;

3. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding this

      matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Decision and Entry and the Report and Recommendations; and,

4. The case is terminated on the docket of this Court.

                                                    Walter Herbert Rice
                                                United States District Judge